John J. Talton, Chapter 13 Trustee  
Pay to: CLERK   Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 811460

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-90361 | 010-0 | NANCY P. CASEY<br>Original Check written to:<br>NATIONAL PAYMENT CENTER<br>U.S. DEPT. OF EDUCATION<br>P O BOX 4169<br>GREENVILLE, TX 75403- | xxxxxxxxxxxxxASEY | 6,578.10 | 1,240.83 | 0.00 | 1,240.83 |
| 06-90361 | 011-0 | NANCY P. CASEY<br>Original Check written to:<br>ANGELINA COUNTY TAX OFFICE<br>PO BOX 1344<br>LUFKIN, TX 75902 | | 0.00 | 795.00 | 318.00 | 1,113.00 |